1   BENJAMIN B. WAGNER
United States Attorney
2   MARK J. McKEON
Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
Fresno, CA 93721
4   Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:15-CR-00179-LJO-SKO

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13               v.                        FINDINGS AND ORDER

14  BAHAR GHARIB-DANESH, ET AL.,           DATE: July 24, 2015
                                           TIME: 1:30  p.m.
15                      Defendants.        COURT: Hon. Sheila K. Oberto

16

17                                  **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant BAHAR

19  GHARIB-DANESH, by and through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order in the United States District Court for the Central District of

21  California, this matter was set for defendant GHARIB-DANESH's initial appearance in this district and

22  status conference on July 24, 2015.

23         2.      A status conference for the two co-defendants in this case has been set for August 17,

24  2015, at 1:00 p.m. before the Hon. Sheila K. Oberto.    The parties wish to change the date for defendant

25  GHARIB-DANESH's initial appearance in this district to the same date that the co-defendants have a

26  status conference.

27         3.      By this stipulation, defendant now moves to continue the status conference until **August**

28  **17, 2015, at 1:00 p.m.**, and to exclude time between July 24, 2015, and August 17, 2015, under

STIPULATION REGARDING EXCLUDABLE TIME                1
PERIODS UNDER SPEEDY TRIAL ACT

1   18 U.S.C. § 3161(h)(7)(A), B(iv).

2      4.     The parties agree and stipulate, and request that the Court find the following:

3      a)     The government has represented that the initial discovery associated with this

4   case includes approximately 33,000 pages of material.  This discovery will be produced on or

5   before July 23, 2015 – the 14th day after defendant GHARIB-DANESH's initial appearance in

6   the Central District of California.

7      b)     Counsel for defendant desires additional time to prepare for the initial status

8   conference, including time to review the initial discovery

9      c)     Counsel for defendant believes that failure to grant the above-requested

10   continuance would deny him/her the reasonable time necessary for effective preparation, taking

11   into account the exercise of due diligence.

12      d)     The government does not object to the continuance.

13      e)     Based on the above-stated findings, the ends of justice served by continuing the

14   case as requested outweigh the interest of the public and the defendant in a trial within the

15   original date prescribed by the Speedy Trial Act.

16      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

17   et seq., within which trial must commence, the time period of July 24, 2015 to August 17, 2015,

18   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

19   because it results from a continuance granted by the Court at defendant's request on the basis of

20   the Court's finding that the ends of justice served by taking such action outweigh the best interest

21   of the public and the defendant in a speedy trial.

22      5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

23   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

24   must commence.

25      IT IS SO STIPULATED.

26

27

28

Dated:  July 15, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ MARK J. McKEON
                                         MARK J. McKEON
                                         Assistant United States Attorney


Dated:  July 15, 2015                    /s/ RICHARD MOSS
                                         RICHARD MOSS
                                         Counsel for Defendant
                                         BAHAR GHARIB-DANESH



                              **ORDER**


IT IS SO ORDERED.

   Dated:   **July 16, 2015**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE