**M O S S  L A W  G R O U P**
Richard A. Moss, SBN 42329
 E-Mail: rmoss@rmosslaw.com
William C. Fleming, Jr., SBN 208176
 E-Mail: wfleming@rmosslaw.com
Jerry B. Marshak, State Bar No. 202214
 E-Mail: jmarshak@rmosslaw.com
255 South Marengo Avenue
Pasadena, California 91101-2719
Telephone:   (626) 796-7400
Telecopier:   (626) 796-7789

Attorneys for Defendant,
BAHAR GHARIB-DANESH, D.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BAHAR GHARIB-DANESH, D.C.<br>aka BAHAR GHARIB<br>aka BAHAR DANESH<br>aka BAHAR DANESH-GHARIB<br>aka BAHAR DANESH GHARIB<br>NA YOUNG EOH, D.C.<br>and JOHN THOMAS TERRENCE,<br>    PsyD, Ph.D.,<br><br>Defendants. | Case No. 1:15-cr-00179-LJO-SKO<br><br>**WAIVER OF DEFENDANT'S PRESENCE and ORDER**<br><br><br><br><br><br>Date:  April 4, 2016<br>Time:  1:00 p.m.<br>Ctrm:  3 |

TO THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

\*   \*   \*   \*   \*

1

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant BAHAR DANESH hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of the jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated:  March 29, 2016                           /s/Bahar Danesh  
                                       Bahar Danesh  
                                       *Original signature retained by attorney*

Dated: March 29, 2016          MOSS LAW GROUP

                               By:      /s/ Jerry B. Marshak  
                                       Jerry B. Marshak, Esq.  
                                       Attorney for Defendant,  
                                       Bahar Gharib-Danesh, D.C.

2

## **ORDER**

Defendant's appearance is hereby waived for all proceedings permitted under Rule 43 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: **March 31, 2016**              **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE