HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NA YOUNG EOH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:15-cr-00179-LJO-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO VACATE** |
| ) | **THE STATUS CONFERENCE** |
| vs. ) | |
| ) | |
| BAHAR GHARIB-DANESH et al., ) | Date:   November 7, 2016 |
| ) | Time:  1:00 p.m. |
| Defendant. ) | Judge: Hon. Sheila K. Oberto |
| ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Mark J. McKeon, Assistant United States Attorney, attorney for Plaintiff, and the defendants in the above action, Bahar Gharib-Danesh through her attorney Jerry B. Marshak; John Thomas Terrence through his attorney Leodis Clyde Matthews, and Na Young Eoh through her attorney, Assistant Federal Defender Jerome Price, that the status conference scheduled for November 7, 2016 may be vacated.

    At the status conference on August 15, 2016, the parties set a jury trial date for August 15, 2017. The Court set a further status conference for November 7, 2016, but indicated that if the parties felt that a status conference was unnecessary, the parties could move to vacate the status conference. At this time, the parties do not believe the status conference is necessary and hereby stipulate that it may be vacated. Time has previously been excluded under the Speedy

Trial Act until the trial date, August 15, 2017.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: November 2, 2016                */s/ Jerome Price*
                                            JEROME PRICE
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            NA YOUNG EOH

Date: November 2, 2016                */s/ Jerry B. Marshak*
                                            JERRY B. MARSHAK
                                            Attorney for Defendant
                                            BAHAR GHARIB-DANESH

Date: November 2, 2016                */s/ Leodis Clyde Matthews*
                                            LEODIS CLYDE MATTHEWS
                                            Attorney for Defendant
                                            JOHN THOMAS TERRENCE

Date: November 2, 2016                PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            *Mark J. McKeon*
                                            MARK J. MCKEON
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## ORDER

Pursuant to the parties' Stipulation, the November 7, 2016 status conference is hereby vacated.

IT IS SO ORDERED.

Dated:   **November 4, 2016**              /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE