**M O S S  L A W  G R O U P**
Richard A. Moss, SBN 42329
 E-Mail: rmoss@rmosslaw.com
255 South Marengo Avenue
Pasadena, California 91101-2719
Telephone:   (626) 796-7400
Telecopier:   (626) 796-7789

Attorneys for Defendant,
BAHAR GHARIB-DANESH, D.C.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00179-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; DECLARATION OF RICHARD A. MOSS; FINDINGS AND ORDER** |
| vs. | |
| BAHAR GHARIB-DANESH, D.C. aka BAHAR GHARIB aka BAHAR DANESH aka BAHAR DANESH-GHARIB aka BAHAR DANESH GHARIB NA YOUNG EOH, D.C. and JOHN THOMAS TERRENCE, PsyD, Ph.D., | |
| | Date:  August 15, 2017 Time: 8:30 a.m. |
| Defendants. | Ctrm: 4 |

TO THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

* * *

1

**STIPULATION**

Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, and Defendants BAHAR GHARIB-DANESH, NA YOUNG EOH, and JOHN THOMAS TERRENCE (hereafter referred to collectively as "Defendants"), by and through their counsel of record, hereby stipulate as follows:

1. All parties appeared before the Honorable Sheila K. Oberto on August 15, 2016 for a Second Status Conference. At that time, a trial date was scheduled for August 15, 2017, at 8:30 a.m., before the Honorable Lawrence J. O'Neill, with an estimated duration of three (3) weeks. The parties now move to continue this trial date to **August 14, 2018** for the reasons set forth hereinbelow.

2. By this stipulation, the parties now move to continue the trial date to August 2018, and to exclude time between August 15, 2017 and August 14, 2018, under 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   (a) Counsel for Defendant BAHAR GHARIB-DANESH has requested additional time to prepare for trial and a continuance of the trial date due to a setback in his physical condition which has necessitated rehabilitation. The details of this condition are outlined in the attached Declaration of Richard A. Moss.

   (c) Counsel for Defendants believe that failure to grant the above-requested continuance would deny their clients effective trial preparation, taking into account the exercise of due diligence.

   (d) There is no objection to the continuance.

   (e) This is the first requested continuance of the trial date.

   (f) Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   (g) For purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 15, 2017 to August 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

2

(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 7, 2017     BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Mark J. McKeon
Mark J. McKeon
Assistant United States Attorney

Dated: July 7, 2017     MOSS LAW GROUP
-and- LAW OFFICES OF DANIEL A. BACON

By:    /s/ Richard A. Moss
Richard A. Moss, Esq.
Attorneys for Defendant,
Bahar Gharib-Danesh, D.C.

Dated: July 7, 2017     ZHONG LUN LAW FIRM LLP

By:    /s/ Leodis C. Matthews
Leodis C. Matthews, Esq.
Attorney for Defendant,
John Thomas Terrence, PsyD, Ph.D.

Dated: July 7, 2017     OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:    /s/ Jerome Price, Jr.
Jerome Price, Jr., Esq.
Attorney for Defendant,
Na Young Eoh, D.C.

# DECLARATION OF RICHARD A. MOSS

RICHARD A. MOSS, Esq. hereby declares as follows:

1. I am an attorney licensed to practice law before all courts of the State of California and am a member of the Bar of this Court. I am one of the attorneys of record for Defendant BAHAR DANESH (hereafter "DANESH"), and I make this Declaration in that capacity. I have personal knowledge of all facts contained herein, and if called upon to testify as to any such matter, I could and would do so.

2. I was involved in an automobile accident on June 28, 2013. My injuries were near-fatal. I spent almost a month on life support. I endured numerous surgical procedures and remained hospitalized until August 23, 2013. My surgeries included the repair of my dissected carotid artery, the fusion of vertebrae in my neck and installation of a titanium cage around those vertebrae, and numerous surgeries to reconstruct my legs. After my release from the hospital, I lived in a rehabilitation facility until October 2, 2013.

3. Since 2013, I have had further complications with the injuries to my legs which have necessitated additional surgeries. I have had approximately 25 surgeries to date. Most notably, in October 2014, I contracted a Staph infection in my lower right leg that went undiagnosed and festered for nearly one year. In December 2015, I spent the Christmas holidays in the hospital after cellulitis presented as an indication of the Staph infection. My doctors wanted to amputate my lower right leg, but I refused and opted to have a less-drastic procedure to clean out and reconstruct the bone. This resulted in another seven (7) months where I was not able to bear weight on my right leg.

4. Even though there is no evidence of any continuing infection, I continue to have sharp and extreme searing pains in my right ankle. I am working with a physical therapist twice a week to facilitate my recovery. I am also taking prescription medications to manage the pain. While the pain has been dissipating in frequency and intensity, I believe its continued presence substantially impairs my ability to prepare for the trial set to commence in August of this year in Fresno. I am encouraged by the recent improvement in my condition and believe that after a few months, I will be able to properly prepare for trial. I respectfully request a postponement of the trial for at least a few months and preferably to August 14, 2018 to enable further recovery. I have no conflicting trials scheduled until December 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2017 at Pasadena, California.

                                           */s/ Richard A. Moss*
                                           RICHARD A. MOSS

# **ORDER**

For good cause stated, the trial date in this matter is hereby continued from August 15, 2017 to **August 14, 2018**, at **8:30 a.m.**, in Courtroom 4. There will be no further continuances. Should the medical issues described in the moving declaration recur, then co counsel Bacon will be expected to be prepared to try the case.

IT IS SO ORDERED.

Dated: **July 7, 2017**        /s/ Lawrence J. O'Neill
                UNITED STATES CHIEF DISTRICT JUDGE