AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| BAHAR GHARIB-DANESH, D.C. | ) | 1:15CR179 |
| *Defendant* | ) | |

**FILED**
JUL 10 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 28, 2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

RICHARD MOSS, Esq; and DANIEL A. BACON, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Lawrence J. O'Neill, United States District Judge
*Judge's printed name and title*

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __Los Angeles__

On __06/28/2018__ before me, __Andrea Chavez__, Notary Public,
_Date_                                      _Here Insert Name and Title of the Officer_

personally appeared ____BAHAR D. GHARIB____
_Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
_Signature of Notary Public_

[Notary Seal: ANDREA CHAVEZ, Commission # 2073933, Notary Public - California, Los Angeles County, My Comm. Expires Aug 5, 2018]

_Place Notary Seal and/or Stamp Above_

───────────── **OPTIONAL** ─────────────

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: __WAIVER OF INDICTMENT__
Document Date: __6/28/18__  Number of Pages: __1__
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual    ☐ Attorney in Fact | ☐ Individual    ☐ Attorney in Fact |
| ☐ Trustee    ☐ Guardian of Conservator | ☐ Trustee    ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2017 National Notary Association