1  **DANIEL A. BACON 065099**
   LAW OFFICES OF DANIEL A. BACON
2  2445 Capitol Street, Suite 160A
   Fresno, California 93721
3  Telephone: (559) 412-4420

4  Attorney for BAHAR GHARIB-DANESH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:15CR00179-LJO-SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO AMEND ORDER |
| ) | OF JUDGMENT AND COMMITMENT |
| vs. ) | |
| ) | |
| BAHAR GHARIB-DANESH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated by and between the parties, defendant Bahar Gharib-Danesh, through her attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney Mark McKeon, that as all assessments and fines have been paid by the defendant, and pursuant to the court's order at the time of sentencing, the Order of Judgment and Commitment be amended and that the defendant's term of probation be reduced from three years to one year. It is the parties' request that the court issue an amended judgment reflecting the foregoing stipulation.

Executed this 29th day of October, 2018, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
BAHAR GHARIB-DANESH,

Executed this 29th day of October, 2018, at Fresno, California.

/s/ Mark McKeon
MARK McKEON
Assistant United States Attorney

STIPULATION AND ORDER TO AMEND ORDER OF JUDGMENT AND COMMITMENT

# ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Order of Judgment and Commitment be amended and that the defendant's term of probation be reduced from three years to one year.

IT IS APPROVED.

IT IS SO ORDERED.

Dated: **October 31, 2018**  **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE